ACCEPTED
15-25-00121-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 5:59 PM
CHRISTOPHER A. PRINE
CLERK



THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 5:59:56 PM
CHRISTOPHER A. PRINE
Clerk

November 18, 2025

Christopher A. Prine                    *Via EFileTexas.gov*
Clerk of the Court
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, Texas 78701

RE:    Court of Appeals Number:        15-25-00121-CV
       Trial Court Case Number:        D-1-GN-25-002049

Style: Hays County, Texas, Ruben Becerra, Debbie Ingalsbe, Michelle Cohen,
       Morgan Hammer, and Walt Smith, in their official capacities v. Leslie
       Carnes, Jim Camp, Cathy Ramsey, Gabrielle Moore, and Ken Paxton,
       Attorney General of Texas

Dear Mr. Pine:

       Ken Paxton, Attorney General of Texas, files this waiver of Response to
the Appellants' brief on the merits, which was filed on October 10th, 2025.

       This appeal arises from a bond validation proceeding under the Expedited
Declaratory Judgment Act ("EDJA"), Chapter 1205 of the Texas Government
Code, filed in 2020. The Attorney General is a required party in such matters
and has specific duties, including a duty to raise appropriate defenses, and a
duty to help facilitate a just and expeditious resolution. *See* TEX. GOV'T CODE
§ 1205.063 (Duties of Attorney General).

       Appellants state in their appellate brief that the Attorney General took
no position on the Texas Open Meetings Act issue in the trial court.  That is
correct. However, if the notice of the meeting calling a bond election is not valid,
then the bonds are not valid. In this regard, in his trial brief the Attorney
General set forth issues the trial court should consider in determining whether
the County complied with the Texas Open Meetings Act.

       Because the remaining issue with Appellants, the SH-45 project, has been
resolved, the Attorney General, respectfully, will not be filing an appellate brief.

                          Respectfully submitted,

Clerk of the Court
Fifteenth Court of Appeals
15-25-00121-CV; Hays County, Texas, *et al.* v. Leslie Carnes*, et al.*
Page 2

_____

/s/ *Lynn E. Saarinen*
LYNN E. SAARINEN
Assistant Attorney General
Texas Bar No. 1748900
General Litigation Division
P.O. Box 12548 MC 019-1
Austin, Texas 78711-2548
Tel: (737) 224-4634 | Fax: (512) 477-2348
Lynn.saarinen@oag.texas.gov
*Counsel for Appellee,*
*Ken Paxton, Attorney General of Texas*

## CERTIFICATE OF SERVICE

I certify that on November 18, 2025, the foregoing was filed and served on all parties of record via EFileTexas.gov.

/s/ *Lynn E. Saarinen*
LYNN E. SAARINEN
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tristan Garza on behalf of Lynn Saarinen
Bar No. 17498900
tristan.garza@oag.texas.gov
Envelope ID: 108204252
Filing Code Description: Response
Filing Description: Waiver
Status as of 11/19/2025 8:11 AM CST

Associated Case Party: HAYS COUNTY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ian M.Davis | | idavis@mcginnislaw.com | 11/18/2025 5:59:56 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 11/18/2025 5:59:56 PM | SENT |
| Michael  Shaunessy | | mshaunessy@mcginnislaw.com | 11/18/2025 5:59:56 PM | SENT |
| Julie Denny | | jdenny@mcginnislaw.com | 11/18/2025 5:59:56 PM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 11/18/2025 5:59:56 PM | SENT |
| Austin Jones | | ajones@mcginnislaw.com | 11/18/2025 5:59:56 PM | SENT |
| Bill Aleshire | | bill@aleshirelaw.com | 11/18/2025 5:59:56 PM | SENT |
| Bill Bunch | | bill@sosalliance.org | 11/18/2025 5:59:56 PM | SENT |
| Bobby Levinski | | bobby@sosalliance.org | 11/18/2025 5:59:56 PM | SENT |
| William Gammon | | firm@gammonlawoffice.com | 11/18/2025 5:59:56 PM | SENT |
| Lynn Saarinen | | lynn.saarinen@oag.texas.gov | 11/18/2025 5:59:56 PM | SENT |
| Rosemarie Kanusky | | rkanusky@mphlegal.com | 11/18/2025 5:59:56 PM | SENT |
| Matthew PhilipHines | | mhines@mphlegal.com | 11/18/2025 5:59:56 PM | SENT |